**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00057-JAD-DJA |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |
| v. | |
| OSCAR ARMENTA, | ECF No. 282 |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant OSCAR ARMENTA.

JASON M. FRIERSON
United States Attorney

/s/   Brian Whang
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE